Núms. 7481 y 7482.—The Federal Land Bank of Baltimore, apldo. *v.* Martínez, aplte. y El Mismo, apldo. *v.* López, aplte.—C. D. Bayamón. ▬▬▬▬▬▬ Febrero 18, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación por frívolo, del recurso de apelación interpuesto en el caso de autos, y no apareciendo entre los documentos que tenemos a la vista una transcripción de la evidencia, que nos ponga en condiciones de resolver que la prueba practicada por el Banco promovente fué suficiente para basar en ella la sentencia apelada, se desestima la moción, sin perjuicio del derecho del apelado a reproducirla cuando se eleve a esta corte dicho documento.

En los siguientes casos, a propuesta de sus distintos jueces, la corte se negó a desestimar, por frívolos, los recursos, por no ser, aparecer, resultar, haberse demostrado o estar convencida de la supuesta frivolidad:

Núms. 7036, 7095, 7253, 7258, 7267, 7286, 7353, 7378 y 7450.